# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FOX,<br><br>            Plaintiff,<br><br>     v.<br><br>TULARE COUNTY HHSA/CPS,<br><br>            Defendant. | Case No. 1:22-cv-00009-DAD-SAB<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FILE SIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE FILING FEE<br><br>(ECF No. 3)<br><br>THIRTY DAY DEADLINE |

Shawn Fox ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2022, Plaintiff filed a complaint in this action. (ECF No. 1.) Along with Plaintiff's complaint, he filed an unsigned application to proceed *in forma pauperis*. (ECF No. 3.)

Unsigned documents cannot be considered by the Court, and Plaintiff's application to proceed *in forma pauperis* shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is required to either pay the filing fee or file a signed application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, filed January 3, 2022 (ECF No. 3), is STRICKEN FROM THE RECORD;

2. The Clerk of the Court is directed to provide Plaintiff with an application to proceed *in forma pauperis* by a prisoner;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **January 5, 2022**

UNITED STATES MAGISTRATE JUDGE