# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FOX,<br><br>    Plaintiff,<br><br>    v.<br><br>TULARE COUNTY HHSA/CPS,<br><br>    Defendant. | Case No. 1:22-cv-00009-DAD-SAB<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FILE SIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE FILING FEE<br><br>(ECF No. 5)<br><br>THIRTY DAY DEADLINE |

Shawn Fox ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2022, Plaintiff filed a complaint in this action. (ECF No. 1.) Along with Plaintiff's complaint, he filed an unsigned application to proceed *in forma pauperis*. (ECF No. 3.) The Court struck the unsigned filing and ordered Plaintiff to file a fully completed application within thirty days or pay the filing fee. (ECF No. 4.) On January 18, 2022, Plaintiff filed his second application to proceed *in forma pauperis*. (ECF No. 5.) However, the Court notes this application, while signed by Plaintiff, is not signed by an authorized officer of the institution at which Plaintiff is currently incarcerated, nor is any copy of Plaintiff's trust account statement attached to the application.

Unsigned documents cannot be considered by the Court, and Plaintiff's application to

1

1 proceed *in forma pauperis* shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Plaintiff is required to either pay the filing fee or file a signed application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, filed January 18, 2022 (ECF No. 5), is STRICKEN FROM THE RECORD;

2. The Clerk of the Court is directed to provide Plaintiff with an application to proceed *in forma pauperis* by a prisoner;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action; and

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE

2