# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FOX, | Case No. 1:22-cv-00009-DAD-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS |
| v. | |
| TULARE COUNTY HHSA/CPS, | |
| Defendant. | (ECF No. 7) |
| | **THIRTY DAY DEADLINE** |

Shawn Fox ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2022, Plaintiff filed a complaint in this action. (ECF No. 1.) Along with Plaintiff's complaint, he filed an unsigned application to proceed *in forma pauperis*. (ECF No. 3.) The Court struck the unsigned filing and ordered Plaintiff to file a fully completed application within thirty days or pay the filing fee. (ECF No. 4.) On January 18, 2022, Plaintiff filed his second application to proceed *in forma pauperis*. (ECF No. 5.) The Court struck this application as well because it was not signed by an authorized officer of the institution at which Plaintiff is currently incarcerated and Plaintiff did not attach a copy of his trust account statement. (ECF No. 6.)

On February 1, 2022, Plaintiff filed his third application to proceed *in forma pauperis*. (ECF No. 7.) The Court notes, however, this application is very nearly identical to Plaintiff's

1

second application and remains deficient for the reasons previously indicated. Namely, Plaintiff's application is not properly completed as the certificate regarding his inmate account has not been completed, nor has Plaintiff attached a certified copy of his trust account statement showing transactions for the past six months as required. The Court additionally notes Plaintiff has not filed a response to question 1, requiring Plaintiff to identify the institution at which he is currently incarcerated. (See id. at 1.) Due to these deficiencies, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action. Plaintiff is advised he shall be given one final opportunity to correct his application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application (ECF No. 7) is DENIED without prejudice;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an application to proceed *in forma pauperis* which includes a certified copy of his trust account statement showing transactions for the past six months; and
3. Failure to file a complete application to proceed in forma pauperis in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **February 2, 2022**

UNITED STATES MAGISTRATE JUDGE