UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TULARE COUNTY HHSA/CPS,<br><br>　　　　Defendant. | No. 1:22-cv-00009-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER, FAILURE TO PAY THE REQUIRED FILING FEE, AND FAILURE TO PROSECUTE<br><br>(Doc. No. 9) |

Plaintiff Shawn Fox, proceeding *pro se*, initiated this civil action on January 3, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2022, the assigned magistrate judge issued an order denying plaintiff's third application to proceed with this action *in forma pauperis*, without prejudice, because that application was incomplete. (Doc. No. 8.) Plaintiff was directed to file, within thirty (30) days of service of that order, a completed application to proceed *in forma pauperis*, which includes a certified copy of plaintiff's inmate trust account statement showing his transactions for the past six months. (*Id.*) Plaintiff was warned that his "[f]ailure to file a complete application to proceed *in forma pauperis* in compliance with this order will result in the recommendation that this action

1

be dismissed." (*Id.* at 2.) Plaintiff did not thereafter file a completed application as directed, pay the required filing fee, or otherwise communicate with the court.

Accordingly, on March 11, 2022, the magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to obey a court order, failure to pay the required filing fee, and failure to prosecute this action. (Doc. No. 9.) The pending findings and recommendations were served by mail on plaintiff at his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3–4.) On April 4, 2022, the service copy of those findings and recommendations mailed to plaintiff was returned to the court as "Undeliverable: Not in Custody, Unable to Forward." To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed. In addition, plaintiff was required by Local Rule 183 to file a notice of change of address with this court within sixty-three days of April 4, 2022, and he did not do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 11, 2022 (Doc. No. 9) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order, failure to pay the required filing fee, and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 20, 2022**

UNITED STATES DISTRICT JUDGE